UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF NEW YORK

John Tactikos,

          Plaintiff,

-against-

The City of New York; P.O. Otero and Police Officers "John Doe #1-3" (Said names being fictitious, as their true names are presently unknown), Individually and in their Official Capacities,
          Defendants.

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

08 Civ 1103 (FB) (JO)

---

**WHEREAS,** plaintiff John Tactikos commenced this action by filing a complaint on or about March 18, 2008, alleging that defendants violated his constitutional and common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

**WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff John Tactikos the sum of **Two Thousand, Five Hundred ($2,500.00) Dollars** in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint and amended complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice

of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
June 11, 2008

ARNOLD J. LEVINE
Attorney for Plaintiff
233 Broadway, Suite 2208
New York, NY 10279
(212) 732-5800

By: _____
Arnold J. Levine (AL 6819)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street
Room ~~3121~~ 3-188
New York, New York 10007
(212) 788-1090

By: _____
Robyn N. Pullio
Assistant Corporation Counsel

**SO ORDERED:**

_____
United States District Judge